IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-223-H

DWIGHT HILL, SR., )
    Plaintiff, )
 )
v. )
 )
WAKE COUNTY ADMINISTRATION, )
RALEIGH CITY ADMINISTRATION )
TO WAKE COUNTY, JESUS M. )
ORTIZ, KENNETH R. LENNON, )    **ORDER**
L.J. PAXTON, JUDGE WILKINS, )
S.A. TIBBETTS, C.H. GRAVES, )
NICHOLSON FAULCON, M.D., )
BRETT J. DAVIS, B.J. )
SQUIRES, and L.E. HANKINS, )
M.C. STANGLER, )
    Defendants. )

This matter is before the court pursuant to 28 U.S.C. § 636 and Rule 72 of the Federal Rules of Civil Procedure. On October 30, 2015, United States Magistrate Judge Kimberly A. Swank entered a Memorandum and Recommendation (M&R) recommending Plaintiff's application to proceed in forma pauperis be denied because of Plaintiff's failure to show his eligibility for the requested relief.[1] Finding no objection filed by the Plaintiff, the court finds a sufficient factual and legal basis to support the recommendation contained in the M&R and ADOPTS the M&R in its entirety. Therefore, Plaintiff's application to proceed in

---

[1] On October 1, 2015, Judge Swank entered an order directing plaintiff to re-file a properly completed in forma pauperis application by October 26, 2015 and warned Plaintiff that failure to comply may result in denial of his application. [D.E. #11].

forma pauperis, [D.E. #1], is DENIED. **Plaintiff shall have thirty (30) days from entry of this order to pay the requisite filing fee.** If Plaintiff fails to timely pay the filing fee, the clerk is directed to close this case.

This 2nd day of May 2016.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#34